| 1. Person Reporting (last name, first, middle initial) Brown, Stephen T. | 2. Court or Organization U. S. District Court, Florida | 3. Date of Report 05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Magistrate Judge -Full time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2011 to 4/11/2012 |

**7. Chambers or Office Address**

C. Clyde Atkins United States Courthouse
301 North Miami Avenue
10th Floor
Miami, FL 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | FSU Leadership Council - College of Arts & Sciences |
| 2. Trustee | Trust #1 |
| 3. Trustee | Trust #2 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Bank | A | Interest | | | Closed | 09/02/11 | J | | |
| 2. Northern Trust Bank | A | Interest | | | Closed | 09/23/11 | K | | |
| 3. First Citizens Bank | A | Interest | | | Closed | 10/11/11 | M | | |
| 4. United Community Bank | B | Interest | K | T | | | | | |
| 5. BB&T Bank | A | Interest | K | T | Open | 09/02/11 | K | | |
| 6. Prime Meridian Bank | A | Interest | N | T | Open | 09/23/11 | O | | |
| 7. MS Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 8. MS Strategist Fund B | A | Dividend | J | T | | | | | |
| 9. Invesco Div Sec B | A | Dividend | K | T | | | | | |
| 10. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 11. NML Whole Life Insurance | | None | L | T | | | | | |
| 12. NML Whole Life Insurance | | None | K | T | | | | | |
| 13. Mass Mutual Whole Life Insurance | | None | K | T | | | | | |
| 14. Trust #1 Northern Trust Bank | A | Interest | | | Closed | 12/27/11 | M | | |
| 15. Trust #1 Prime Meridian Bank | A | Interest | M | T | Open | 12/27/11 | M | | |
| 16. Trust #2 Northern Trust Bank | A | Interest | | | Closed | 12/27/11 | L | | |
| 17. Trust #2 Prime Meridian Bank | A | Interest | L | T | Open | 12/27/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   American Centy Mut Fds Growth (IRA) | | None | | | Sold | 1/4/12 | L | D | |
| 19.   American Centy Invt TR Diversified (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 20.   Artisan Small Cap (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 21.   Dodge & Cox Income Fd (IRA) | | None | | | Sold | 10/3/11 | K | A | |
| 22.   Dodge & Cox Intl Stk Fd (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 23.   Eaton Vance Income (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 24.   Fidelity Advisor II Short Fixed Income Fd (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 25.   Nuveen Real Est (prevFirst Amer Invt Fds Real Est Secs (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 26.   Goldman Sachs Sq Money Mkt Fd (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 27.   Harbor Fund Cap Appreciation Fd Instl Cl (IRA) | | None | | | Sold | 1/4/12 | L | D | |
| 28.   Harbor Fund Intl Growth Fund Instl Cl (IRA) | | None | | | Sold | 1/4/12 | K | B | |
| 29.   JPMorgan Core Bond Fd Select (IRA) | | None | | | Sold | 1/4/12 | L | B | |
| 30.   Munder Ser Midcap Core Growth Fd (IRA) | | None | | | Sold | 1/4/12 | K | C | |
| 31.   Pimco FDS Total Return (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 32.   Pimco FDS Commodity Real Return (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 33.   Pioneer Ser Tr III Cullen Value Fd (IRA) | | None | | | Sold | 1/4/12 | L | C | |
| 34.   Pioneer Ser Tr I OAD Ridge Small Cap Growth Fd (IRA) | | None | | | Sold | 1/4/12 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dreyfus Emerging Mkts Fd (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 36. Royce Fund Value Plus Fund (IRA) | | None | | | Sold | 1/4/12 | J | B | |
| 37. WT MUT FD MID CAP Value Fund (IRA) | | None | | | Sold | 1/4/12 | K | C | |
| 38. Wells Fargo Advantage Intrinsic Value (IRA) | | None | | | Sold | 2/18/11 | K | D | |
| 39. Russell Invt Global Infrastructure (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 40. Russell Invt Commodity Strategies (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 41. Russell Invt Global Opportunistic (IRA) | | None | J | T | Buy | 1/5/12 | J | | |
| 42. Russell Emerging Mkts (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 43. Russell Invt Global Real Estate (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 44. Russell Glbl Eqty (IRA) | | None | L | T | Buy | 1/5/12 | L | | |
| 45. Russell US Core Equity (IRA) | | None | L | T | Buy | 1/5/12 | L | | |
| 46. Russell US Small Cap Equity (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 47. Russell Intl Develpd Mkts (IRA) | | None | L | T | Buy | 1/5/12 | L | | |
| 48. Russell Inv Grade Bd (IRA) | | None | L | T | Buy | 1/5/12 | L | | |
| 49. Russell US Quant Eqty (IRA) | | None | L | T | Buy | 1/5/12 | L | | |
| 50. Russell Strategic Bond (IRA) | | None | M | T | Buy | 1/5/12 | M | | |
| 51. American Centy Mut Fds Growth (IRA) | | None | | | Sold | 1/4/12 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Amer Centy Invt TR Diversified (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 53. Artisan Small Cap (IRA) | | None | | | Sold | 1/4/12 | K | B | |
| 54. Dodge & Cox Income Fd (IRA) | | None | | | Sold | 10/3/11 | J | A | |
| 55. Dodge & Cox Intl Stk Fd (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 56. Eaton Vance Income (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 57. Fidelity Advisor II Short Fixed Income Fd (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 58. Nuveen Real Est (prevFirst Amer Invt Fds Real Est Secs (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 59. Goldman Sachs Sq Money Mkt Fd (IRA) | | None | | | Sold | 7/8/11 | J | A | |
| 60. Harbor Fund Cap Appreciation Fd Instl Cl (IRA) | | None | | | Sold | 1/4/12 | K | D | |
| 61. Harbor Fund Intl Growth Fund Instl Cl (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 62. JPMorgan Core Bond Fd Select (IRA) | | None | | | Sold | 1/4/12 | K | B | |
| 63. Munder Ser Midcap Core Growth Fd (IRA) | | None | | | Sold | 1/4/12 | J | C | |
| 64. Pimco FDS Total Return (IRA) | | None | | | Sold | 1/4/12 | K | A | |
| 65. Pimco FDS Commodity Real Return (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 66. Pioneer Ser Tr III Cullen Value Fd (IRA) | | None | | | Sold | 1/4/12 | K | C | |
| 67. Pioneer Ser Tr 1 OAD Ridge Small Cap Growth Fd (IRA) | | None | | | Sold | 1/4/12 | K | C | |
| 68. Dreyfus Emerging Mkts Fd (IRA) | | None | | | Sold | 1/4/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royce Fund Value Plus Fund (IRA) | | None | | | Sold | 1/4/12 | J | A | |
| 70. WT MUT FD MID CAP Value Fund (IRA) | | None | | | Sold | 1/4/12 | J | B | |
| 71. Wells Fargo Advantage Intrinsic Value (IRA) | | None | | | Sold | 02/18/11 | K | D | |
| 72. Russell Invt Global Infrastructure (IRA) | | None | J | T | Buy | 1/5/12 | J | | |
| 73. Russell Invt Commodity Strategies (IRA) | | None | J | T | Buy | 1/5/12 | J | | |
| 74. Russell Invt Global Opportunistic (IRA) | | None | J | T | Buy | 1/5/12 | J | | |
| 75. Russell Emerging Mkts (IRA) | | None | J | T | Buy | 1/5/12 | J | | |
| 76. Russell Invt Global Real Estate (IRA) | | None | J | T | Buy | 1/5/12 | J | | |
| 77. Russell Glbl Eqty (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 78. Russell US Core Equity (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 79. Russell US Small Cap Equity (IRA) | | None | J | T | Buy | 1/5/12 | J | | |
| 80. Russell Intl Develpd Mkts (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 81. Russell Inv Grade Bd (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 82. Russell US Quant Eqty (IRA) | | None | K | T | Buy | 1/5/12 | K | | |
| 83. Russell Strategic Bond (IRA) | | None | M | T | Buy | 1/5/12 | M | | |
| 84. Aetna (X) | A | Dividend | J | T | | | | | |
| 85. Altria Group (X) | | None | | | Sold | 1/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Amerigas Partners LP (X) | | None | | | Sold | 4/2/12 | J | A | |
| 87. AT&T (X) | | None | | | Sold | 1/14/11 | J | A | |
| 88. Caterpillar (X) | | None | | | Sold | 12/06/11 | J | B | |
| 89. Chevron Corp (X) | A | Dividend | J | T | | | | | |
| 90. Coca-Cola Co. (X) | A | Dividend | J | T | | | | | |
| 91. Colgate-Palmolive (X) | | None | | | Sold | 4/11/12 | J | A | |
| 92. First Trust Financial Alphadex Fund (X) | | None | | | Sold | 3/25/11 | J | A | |
| 93. First Trust Hlth Care Alphadex Fund (X) | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 94. First Trust Consumer ETF Discretionary Fund (X) | A | Dividend | J | T | | | | | |
| 95. First Trust Dow Jones Internet Index Fund (X) | A | Dividend | J | T | | | | | |
| 96. First Trust S&P REIT Index Fund | A | Dividend | J | T | Buy | 07/20/11 | J | | |
| 97. First Trust Material ET Alphadex Fund (X) | | None | | | Sold | 10/12/11 | J | A | |
| 98. First Trust Nasdaq 100 ET Technology Index Fund (X) | | None | | | Sold | 7/20/11 | J | A | |
| 99. iShares MSCI EAFE Index Fund (X) | | None | | | Sold | 12/6/11 | J | A | |
| 100. iShares Barclays 10-20 Yr Treas. Bond Fund (X) | A | Interest | J | T | Buy | 10/13/11 | J | | |
| 101. iShares Barclays Tips Bond Fund (X) | A | Interest | J | T | Buy | 01/14/11 | J | | |
| 102. iShares Barclays Credit Bond Fund (X) | A | Interest | J | T | Buy | 10/20/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. iShares S&P Midcap 400 Index Fund (X) | A | Dividend | K | T | Buy | 2/8/12 | K | | |
| 104. iShares S&P 500 Index Fund (X) | A | Dividend | K | T | Buy | 3/2/12 | K | | |
| 105. iShares Trust 10+ Yr Credit Bond Fund (X) | A | Interest | J | T | Buy | 10/13/11 | J | | |
| 106. Roper INDS New (X) | | None | | | Sold | 1/14/11 | J | B | |
| 107. SPDR Barclays Cap High Yield Bond (X) | A | Interest | J | T | | | | | |
| 108. Sprott Physical Gold ET Trust (X) | | None | J | T | Buy | 11/01/11 | J | | |
| 109. Target (X) | | None | | | Sold | 8/3/11 | J | A | |
| 110. Vanguard Emerging Markets (X) | | None | | | Sold | 12/06/11 | J | A | |
| 111. Vanguard Mid-Cap Value Index Fund (X) | | None | | | Sold | 12/6/11 | J | A | |
| 112. Vanguard REIT (X) | | None | | | Sold | 4/2/12 | J | A | |
| 113. Vanguard Small Cap Value (X) | | None | | | Sold | 12/06/11 | J | A | |
| 114. Vanguard Small Cap Growth (X) | | None | | | Sold | 12/06/11 | J | A | |
| 115. Vanguard Growth (X) | A | Dividend | K | T | Buy | 3/2/12 | K | | |
| 116. Vanguard Mid-Cap (X) | A | Dividend | K | T | Buy | 2/8/12 | K | | |
| 117. Calamos Invt TR FD (X) | | None | | | Sold | 1/9/12 | J | A | |
| 118. Capital Income Bldr Class F1 (X) | | None | | | Sold | 1/14/11 | J | A | |
| 119. Capital World Growth & Income FD (X) | | None | | | Sold | 1/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity Advisor SER I Leveraged Co Stock FD (X) | | None | | | Sold | 2/28/11 | J | A | |
| 121. Fundamental Invs Inc. Class A (X) | | None | | | Sold | 1/14/11 | J | A | |
| 122. Highland Capital Fltng Rate Fund (X) | | None | | | Sold | 9/14/11 | J | A | |
| 123. Ivy Fds Inc Asset Strategy (X) | | None | | | Sold | 3/6/12 | J | B | |
| 124. Royce Low Priced Stk FD (X) | | None | | | Sold | 12/6/11 | J | A | |
| 125. Russell Short Dur BD Class S (X) | A | Dividend | J | T | | | | | |
| 126. Alpine Total Dynamic Dividend Fund (X) | | None | | | Sold | 1/14/11 | J | A | |
| 127. Calamos Conv & High Income FD (X) | | None | | | Sold | 1/14/11 | J | A | |
| 128. Public Storage 7.25% Cum Perpetual PFD (X) | | None | | | Sold | 1/14/11 | J | A | |
| 129. Wells Fargo Bank (X) | B | Dividend | J | T | | | | | |
| 130. Corning Corporate Bond (X) | | None | J | T | | | | | |
| 131. Goldman Sachs Corporate Bond (X) | | None | J | T | | | | | |
| 132. US Treasury Notes Govt. Bond (X) | | None | J | T | | | | | |
| 133. Rio Tinto Fin USA Ltd Foreign Bond (X) | | None | K | T | | | | | |
| 134. Alerian MLP | A | Dividend | J | T | Buy | 4/13/11 | J | | |
| 135. Financial Select (X) IRA | | None | | | Sold | 4/28/11 | J | A | |
| 136. First TR Value Line (X) IRA | | None | J | T | Buy | 4/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. First Trust Morningstar Div Leaders (X) IRA | | None | J | T | Buy | 4/13/11 | J | | |
| 138. Industrial Select (X) IRA | | None | J | T | | | | | |
| 139. iShare TR - S&P Smallcap 600 Index FD (X) IRA | | None | | | Sold | 4/2/12 | J | A | |
| 140. iShares MSCI EAFE Index Fund (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 141. iShares TR S&P Midcap 400 Index FD (X) IRA | | None | | | Sold | 12/2/11 | J | A | |
| 142. iShares TR MSCI Emerging Mkts Index FD (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 143. Powershares DB Commodity Index Tracking Fund (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 144. Rydex S&P Equal Weight Technology (X) IRA | | None | | | Sold | 4/28/11 | J | A | |
| 145. iShares Cohen & Steers Realty Majors (X) IRA | | None | J | T | Buy | 4/13/11 | J | | |
| 146. Sector SPDR Tr Technology Select Sector (X) IRA | | None | J | T | | | | | |
| 147. Select Sector SPDR FD Consumer Discretionary (X) IRA | | None | J | T | | | | | |
| 148. SPDR S&P Oil & Gas Equip. & Svc (X) IRA | | None | | | Sold | 4/28/11 | J | A | |
| 149. SPDR S&P 500 Trust (X) IRA | | None | | | Sold | 4/28/11 | J | A | |
| 150. Vanguard Consumer Stapl (X) IRA | | None | | | Sold | 4/2/12 | J | A | |
| 151. Vanguard Emerging Markets (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 152. Vanguard Energy (X) IRA | | None | | | Sold | 4/2/11 | J | A | |
| 153. Vanguard MSCI EAFE (prev Vanguard Europe Pacific (X) IRA | | None | | | Sold | 4/2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vanguard Materials (X) IRA | | None | | | Sold | 4/2/12 | J | A | |
| 155. Vanguard REIT (X) IRA | | None | | | Sold | 4/2/12 | J | A | |
| 156. Natl. Rural Utilities Corporate Bond (X) IRA | | None | | | Sold | 11/15/11 | K | A | |
| 157. American Century Diversified Bond Fund (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 158. Hartford Mutual FDS Floating Rate Fund (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 159. Ivy FDS (X) IRA | | None | | | Sold | 3/21/11 | J | B | |
| 160. Russell Short Dur Bd (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 161. Blackrock Intl Growth & Income Trust (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 162. Clough Global Opportunities Fund (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 163. Nextera Energy Cap (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 164. Torchmark 7.10% CAP III (X) IRA | | None | | | Sold | 3/21/11 | J | A | |
| 165. FPA New Income (X) IRA | | None | J | T | Buy | 12/5/11 | J | | |
| 166. Metropolitan West Total Return (X) IRA | | None | J | T | Buy | 12/5/11 | J | | |
| 167. Wells Fargo Bank (X) IRA | | None | J | T | | | | | |
| 168. Illinois St Ser A G/O Unltd | A | Interest | J | T | Buy | 2/9/12 | J | | |
| 169. Battle Creek MI Ref Downtown Dev | A | Interest | K | T | Buy | 1/26/12 | K | | |
| 170. Jackson Cnty MO Reorg S/D ▨ | A | Interest | J | T | Buy | 2/23/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Delaware Cnty PA Auth Univ Rev Villanova Univ | A | Interest | K | T | Buy | 2/28/12 | K | | |
| 172. New Jersey Bldg Auth St Bldg Rev RFDG | A | Interest | J | T | Buy | 1/10/12 | J | | |
| 173. Washoe Cnty NV Hwy Rev | A | Interest | K | T | Buy | 2/21/12 | K | | |
| 174. Kansas City MO Mun Assist Corp | A | Interest | J | T | Buy | 3/2/12 | J | | |
| 175. New York St Twy Auth Gen | A | Interest | J | T | Buy | 3/26/12 | J | | |
| 176. New York NY City Transn Fin Auth Bldg. | A | Interest | J | T | Buy | 2/15/12 | J | | |
| 177. Northern MI Univ Revs | A | Interest | J | T | Buy | 2/8/12 | J | | |
| 178. Newfane NY Cent Sch Dist | A | Interest | K | T | Buy | 2/13/12 | K | | |
| 179. Randolph County NC CTFS Partn | A | Interest | J | T | Buy | 4/2/12 | J | | |
| 180. Walnut Vly CA Uni S/D Elec 2007 | A | Interest | J | T | Buy | 1/30/12 | J | | |
| 181. Pflugerville TX Indpt Sch Dist | A | Interest | J | T | Buy | 3/16/12 | J | | |
| 182. Hemet CA Uni Sch Dist | A | Interest | J | T | Buy | 3/1/12 | J | | |
| 183. Orlando FL Cap Impt Spl Rev | A | Interest | J | T | Buy | 3/30/12 | J | | |
| 184. Wells Fargo Bank | A | Interest | L | T | Open | 1/2/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Stephen T. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Stephen T. Brown is Trustee of Trust #1
Stephen T. Brown is Trustee of Trust #2

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stephen T. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544